FREDERICK BERENBROICK, Appellant, *v.* ST. LUKE'S HOSPITAL in the City of New York et al., Respondents.

*Berenbroick* v. *St. Luke's Hospital,* 23 App. Div. 339, appeal dismissed.
(Argued February 28, 1898; decided March 8, 1898.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 24, 1897, affirming a judgment in favor of defendants entered upon a decision of the court on trial at Special Term; also a motion for damages for delay caused by the appeal.

The motion was made upon the ground that the decision of the Appellate Division was unanimous that there is evidence supporting or tending to sustain the findings of fact, and that the exceptions are frivolous.

*Wm. B. Hornblower* for motion.

*Charles Potter Kling* opposed.

Appeal dismissed, with costs.